**Appeal Dismissed and Memorandum Opinion filed May 10, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-22-00044-CV

_____

**GLENDA BREEDING, Appellant**

**V.**

**1423 KIPLING, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1177961**

## MEMORANDUM OPINION

This restricted appeal is from a judgment signed December 7, 2021. The court reporter indicated there was no reporter's record for this case on January 27, 2022. The clerk's record was filed February 3, 2022. No brief was filed.

On March 22, 2022, this court issued an order stating that unless appellant filed a brief on or before April 12, 2022, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, we dismiss the appeal for want of prosecution.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.